**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO VENTURA,

    Petitioner,

  v.

D. K. SISTO, Warden, et al.,

    Respondents.
                                  /

No. C 08-05629 CW (PR)

ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO PAY THE FILING FEE OR FILE IN FORMA PAUPERIS APPLICATION

    Petitioner filed a _pro se_ petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On that same date, the Clerk of the Court sent Petitioner a notice directing him to pay the requisite $5.00 filing fee or to file a completed _in forma pauperis_ (IFP) application.  The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or completed an IFP application.  <u>See</u> 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

    Petitioner has filed a request for an extension of time to pay the requisite $5.00 filing fee in this action.

1    Accordingly, the Court grants Petitioner's request.  No later
2 than <u>thirty (30) days</u> from the date of this Order, Petitioner shall
3 pay the $5.00 filing fee and include with his payment a clear
4 indication that it is for the above-referenced case number, C 08-
5 05629 CW (PR).  In the event that Petitioner is unable to pay the
6 filing fee, he shall submit an IFP application, trust account
7 statement and certificate of funds no later than <u>thirty (30) days</u>
8 from the date of this Order.  Failure to pay the filing fee or file
9 the requisite documents within the thirty-day deadline shall result
10 in dismissal of this action.

11    The Clerk of the Court shall send Petitioner a blank prisoner
12 IFP application form along with his copy of this Order.

13    IT IS SO ORDERED.

14 Dated:  2/2/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VENTURA, | Case Number: CV08-05629 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| D.K. SISTO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Ventura H-14763    w/ blank prisoner IFP application form
CSP- Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: February 2, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3